AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| United States of America | ) | |
|---|---|---|
| v. | ) | UNDER SEAL |
| | ) | Case No. 2:23mj 51 |
| DION LAMONT CAMP | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>July 24, 2020, up to and including August 18, 2020,</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| Count One: | |
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Amy M. Dougherty, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 3, 2023

_____
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*