**Date:** November 20, 2025

**To:** The Honorable Arenda Wright Allen
**From:** Dion Camp
**Case#:** 2:23-cr-63

**Re:** *Motion for Forfeiture of Property — Entry of a Preliminary Order of Forfeiture by the United States as to Dion Camp*

**Your Honor,**

I respectfully notify the Court that I did not become aware of the Government's Motion for Forfeiture of Property, filed on October 31, 2025, until today, November 20, 2025. I learned of this filing through my wife. My current attorney, Mr. Roger Whitus, did not inform me of this motion by telephone, mail, or any other form of communication.

This is not the first time during my case that I have not been kept informed of filings or motions submitted. I bring this to the Court's attention for the record and to ensure that my rights are fully preserved.

Respectfully,
**Dion Camp**