9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

Set: __9:00 a.m.__   Date: __January 16, 2026__
Started: __9:05 a.m.__   Judge: __Arenda Wright Allen__
Ended: __3:00 p.m.__   Court Reporter: __Michelle Maar__
  U.S. Attorney: __Rebecca Gantt/Kevin Hudson__
  Defense Counsel: __Roger Whitus__
  Courtroom Deputy: __Lorraine Curtis__
  Probation Officer: __Kalyn Monreal__

Case No. __2:23cr63__
Defendant: __Dion Lamont Camp__   (X) in custody  ( ) on bond

_X_ Came on for disposition.   _X_ Defendant sworn.   __ Interpreter sworn

_X_ Presentence Report reviewed.   _X_ Objections heard and rulings made.

_X_ Court adopts PSR for the purpose of establishing the advisory guidelines.

_X_ Evidence presented. (Witnesses and exhibits listed on last page)

_X_ Arguments of counsel heard.   __ Statement of defendant heard.

# IMPRISONMENT:

SENTENCE: Counts __1-15 and 17-20__: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of **FIVE HUNDRED FORTY (540) MONTHS.** This term consists of THREE HUNDRED SIXTY (360) MONTHS on counts 1, 2, 3, 4, 5, 6, 7, 13 and 14, to be served concurrently; ONE HUNDRED FIFTY-SIX (156) MONTHS on counts 8, 9, 10, 11 and 15, to be served concurrently to each other and consecutively to all other counts; THIRTY-SIX (36) MONTHS on counts 17, 18, 19 and 20 to be served concurrently and TWENTY-FOUR (24) MONTHS on count 12, to be served consecutive to all other counts.

_X_ The defendant is remanded to the custody of the U.S. Marshal.

__ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

__ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

__ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

# PROBATION:
__ The defendant shall be placed on probation for a term of __ years.

## SUPERVISED RELEASE:

__X__  Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS.** This term consists of FIVE (5) YEARS on counts 1, 2, 3, 4, 5, 6, 7, 13 and 14, to be served concurrently; THREE (3) YEARS on counts 8, 9, 10, 11, 15, 17, 18, 19 and 20, to be served concurrently; and ONE (1) YEAR on count 12, to be served concurrently.

____  The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:
The defendant shall report in person to the probation office in federal judicial district where you are authorized to reside within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## Special Conditions of Supervised Release/Probation:

*The standard conditions and special conditions read into the record.*

*The defendant shall comply with the standard and special conditions that have been outlined in the PSR and incorporated into the Judgment.*

### Additional special condition:
The defendant shall be on home detention for a period of THIRTY-SIX (36) MONTHS, and shall abide by all technology requirements. The defendant shall be restricted to his residence at all times, except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the supervising officer. The defendant shall pay all or part of the costs of the participation in the location monitoring program as directed by the probation officer. The location monitoring technology to be used shall be at the discretion of the supervising officer.

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

  X   As to counts 1-15 and 17-20 , the defendant shall pay a special assessment in the amount of  $100.00 per count .

The total special assessment due is   $1,900.00   and shall be due in full immediately.

## FINE:
 X   No fine imposed
___ Court finds defendant is unable to pay fine.

## RESTITUTION:

___ Restitution to be determined.

 X   The defendant shall make restitution in the amount of $ 1,752,356.28 .

 x   Restitution Judgment Order, entered and filed January 21, 2026.

## SCHEDULE OF PAYMENTS:

 X   The special assessment and restitution shall be due in full immediately.  Any balance remaining unpaid on the special assessment and restitution at the inception of supervision shall be paid by the defendant in installments of not less than $50.00 per month, until paid in full. Said payments shall commence 60 days after the defendant's supervision begins.

___ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment and statutory victim assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

___ Each restitution payment shall be divided proportionately among the payees named.

 X    Any special assessment or restitution payments may be subject to penalties for default and delinquency.

 X   Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

X   Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

  X   The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment and restitution imposed by this judgment are fully paid.

  X   The defendant notified of right of appeal.

___ On motion of government, remaining counts dismissed.

  X   Court recommends incarceration at
   X   a facility as far away from the state of Virginia as possible.
   X   a facility that will provide sex offender treatment.
   X   a facility with vocational and educational opportunities
   X   a facility that will provide a mental health evaluation, diagnosis and treatment as needed.
   X   a facility that will provide anger management treatment.

  X   Amended Preliminary Order of Forfeiture entered and filed on January 16, 2026.

## GOVERNMENT'S WITNESS LIST:
1- Teresa Gillis
2 – Shannon Newcomb

Oral Statements by Victims

Jane Doe #13

Jane Doe #7

Jane Doe #14

Jane Doe #3

Jane Doe #9

Jane Doe #6 (read into record by Government)

EXHIBIT LIST:

G – 1 SEALED

D – 1 Nolle Prosequi Order

D – 5 Transcript